IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRAD ALAN ROBERTSON
ADC #657705                                                             PLAINTIFF

v.                              No. 3:17-cv-51-DPM

STEVE J. ROREX, Jail Administrator,
Poinsett County Detention Center;
KIM MUSE, Secretary, PCDC; BECKY
HITT, Captain, PCDC; and SUSAN
COX, Nurse, PCDC                                                        DEFENDANTS

ORDER

**1.** The first recommendation sent to Robertson was returned undelivered. № 42. But a second copy was mailed to his updated address and hasn't been returned. Robertson hasn't filed any objections; but he did file a belated response to the motion for summary judgment. № 40. The Court construes that response as an objection to the recommendation as well.

**2.** On *de novo* review, the Court adopts the recommendation, № 38, as supplemented and overrules Robertson's objections, № 40. FED. R. CIV. P. 72(b)(3). Robertson has alleged injury in his objections. № 40 at 4. But his medical-care claim still fails. The law sets a high bar for claims about delayed medical care. As Magistrate Judge Volpe notes, Robertson "must place verifying medical evidence in the record

to establish the detrimental effect" of the delay. *Crowley v. Hedgepeth*, 109 F.3d 500, 502 (8th Cir. 1997). He hasn't. The motion for summary judgment, № 32, is therefore granted.

**3.** In his objections, Robertson says that unnamed jail administrators took him off his medication in retaliation for his filing this lawsuit. № 40 at 4. This is a new allegation. To the extent Robertson moves to amend his complaint to add this claim, the motion is denied. The alleged retaliation took place almost a year ago; and the parties have litigated — and the Court has ruled on — summary judgment. Given the stage of this case, Robertson's new retaliation claim would be more appropriately raised in a separate § 1983 action.

\* \* \*

Recommendation, № 38, adopted. Motion for summary judgment, № 32, granted. Embedded motion to amend, № 40 at 4, denied without prejudice to Robertson raising his retaliation claim in a new lawsuit if he decides to do so. Robertson's complaint will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2018