# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRAD ALAN ROBERTSON**
**ADC #657705**                                                    **PLAINTIFF**

v.                                    **No. 3:17-cv-51-DPM**

**STEVE J. ROREX, Jail Administrator,**
**Poinsett County Detention Center;**
**KIM MUSE, Secretary, PCDC;  BECKY**
**HITT, Captain, PCDC;  and SUSAN**
**COX, Nurse, PCDC**                                              **DEFENDANTS**

## JUDGMENT

Robertson's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_29 March 2018_